United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANDRES EDUARDO FERNANDEZ GARCIA, | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2932 |
| vs. | § | |
| WARDEN, Houston Processing Center, *et al.*, | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Andres Eduardo Fernandez Garcia, has filed a Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus asking that this matter be dismissed. (Docket Entry No. 17). The motion (Docket Entry No. 17) is **granted**. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on November 24, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge